IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVEN ANTHONY SERA; and
SERA FAMILY TRUST**                                                        **PLAINTIFFS**

**v.**                        **Case No. 4:24-cv-00817-LPR**

**RANDY ZIMMERMAN,** *in his Individual
And Official Capacities*; **KRYSTLE
WILLIAMS,** *in her Individual and Official
Capacities*; **SALLY SWEEDEN,** *in her
Individual and Official Capacities*; **HOLLY
JACKSON; and HOLLYS DAYCARE LLC**                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are dismissed without prejudice.

IT IS SO ADJUDGED this 4th day of August 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE